AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California





| United States of America | |
|---|---|
| v. | Case No. 2:25-mj-07733-DUTY |
| Lino Sanchez Sandoval, | |
| Defendant | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 10, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(b) | Assault on a Federal Officer using a Deadly or Dangerous Weapon. |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Dominic Ambrosio
*Complainant's signature*

Dominic Ambrosio, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 11, 2025

*Judge's signature*

City and state: Los Angeles, California

Hon. Rozella A. Oliver, U.S. Magistrate Judge
*Printed name and title*

AUSA: Rahul R.A. Hari (x6159)

**AFFIDAVIT**

I, Dominic Ambrosio, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Lino Sanchez Sandoval ("L. SANDOVAL") for a violation of 18 U.S.C. § 111(b) – Assault on a Federal Officer Using a Deadly or Dangerous Weapon.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF ATF SPECIAL AGENT DOMINIC AMBROSIO

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 2017. I am currently assigned to the Los Angeles Field Office, Ventura Resident Agency. I attended the FBI Academy in Quantico, Virginia, where I received twenty weeks of training on investigating various federal violations. During my training, I gained experience in subject and witness interviews,

confidential human source operations, financial investigations, and investigating criminal enterprises.

4. Before becoming a Special Agent with the FBI, I graduated from Georgetown University, with a Bachelor of Arts in American Studies, with a Political Science focus. I worked as a business management consultant based in Arlington, Virginia, for over 12 years, advising Fortune 500 clients on business strategy in procurement, sales, and marketing.

5. As an FBI Special Agent, I worked for several years in the Orange County Joint Terrorism Task Force, investigating matters of national security, including complex cases involving technical and financial activities by actors in support of foreign adversaries of the United States, as well as investigations related to threats by actors within the United States.

6. I am currently assigned to the Ventura County Violent Gang Task Force, which investigates violent criminal conduct related to firearms, narcotics, and violence in furtherance of criminal street gangs. In my current assignment, I work extensively with local partners from the Ventura County Sheriff's Office and multiple local police departments.

### III. SUMMARY OF PROBABLE CAUSE

7. On December 10, 2025, L. SANDOVAL, during the course of the execution of an immigration I-200 warrant for the arrest of Alfredo Ortiz Sandoval ("A. SANDOVAL"), forcibly struck a government vehicle, causing the door of the government vehicle to pin an FBI Special Agent's leg between the door and the door

frame.  L. SANDOVAL then drove up onto the sidewalk and led law enforcement on a vehicle pursuit.  L. SANDOVAL eventually fled back into a residence located on the 500 block of W. Arrellaga St., Santa Barbara, California (the "Arrellaga Address").

## IV. STATEMENT OF PROBABLE CAUSE

8.   Based on my review of law enforcement reports, photographs, conversations with the involved agents, as well as my own observations and knowledge of the investigation, I am aware of the following:

**A.   Prior Immigration Enforcement Activity**

9.   On several prior occasions, including on May 29, 2025, and October 23, 2025, FBI and Department of Homeland Security Enforcement and Removal Operations ("ERO") agents conducted surveillance and identified an address on W. Pedregosa Street in Santa Barbara as a potential address for A. SANDOVAL (the "Pedregosa Address").  This surveillance was undertaken to identify A. SANDOVAL to execute an I-200 immigration arrest warrant.  Agents also sought to locate a white Dodge Charger with CA license plate 9MMC353 (the "Dodge Charger"), which is registered to A. SANDOVAL at the Pedregosa Address.

10.  On December 9, 2025, at approximately 6:00 a.m., FBI and ERO agents located the Dodge Charger at the Arrellaga Address.  Agents developed a plan to execute the signed I-200 administrative arrest warrant.

11.  At approximately 6:20 a.m. a Hispanic male was observed entering the driver-side door of the Dodge Charger and a Hispanic female was observed entering the front passenger

door. Agents observed the Dodge Charger leaving the vicinity of the Arrellaga Address and traveling north on Arrellaga toward the intersection of Arrellaga and San Pascual St.

12. Agents attempted a vehicle stop on the Dodge Charger using emergency lights and sirens. Agents also set up to block the Dodge Charger's direction of travel. The vehicle did not yield to the government vehicles. Instead, the driver swerved around the blocking vehicles and proceeded north on Arrellaga St. at a high rate of speed. The Dodge Charger drove back to the Arrellaga Address and the male and female exited the vehicle and fled into the residence. Agents discontinued the pursuit and exited the area.

B. **December 10, 2025 Enforcement and Assault on Federal Officer**

13. On December 10, 2025, at approximately 5:45 a.m., agents again established surveillance at the Arrellaga Address. Agents observed the Dodge Charger in the parking area for the residence.

14. At approximately 6:10 a.m., agents observed the Dodge Charger back out of the driveway and follow another pick-up truck moving north on Arrellaga St. towards San Pascual. Once the pickup truck cleared the intersection, an FBI Agent pulled her government vehicle ("Vehicle #1") in front of the Dodge Charger front-passenger side at a 45-degree angle, preventing the Dodge Charger from entering San Pascual Street. A second FBI vehicle ("Vehicle #2") pulled up to the front-driver side of the Dodge Charger to further prevent the Dodge Charger entering

San Pascual Street. A third FBI vehicle ("Vehicle #3") pulled directly behind the Dodge Charger to prevent it from reversing. The FBI agent driving Vehicle #1 opened her car door and began to step outside.

15. The Dodge Charger came to a brief stop and then began to accelerate as it veered toward the driver-side of Vehicle #1. The Dodge Charger, travelling at what appeared to agents to be approximately 15-20 mph, struck the driver-side door of Vehicle #1 as the Dodge Charger jumped onto the curb. The force of the Dodge Charger hitting Vehicle #1 caused the door of Vehicle #1 to slam closed, striking the FBI Agent's leg and pinning it between the door and vehicle door frame. The Dodge Charger struck the rear quarter panel of Vehicle #1 as it attempted to maneuver around it.

16. I have observed the damage to Vehicle #1, which appears consistent with what agents described. This includes damage to the front driver-side door and damager to the rear quarter panel.

17. The Dodge Charger led agents on a brief pursuit in surrounding neighborhood streets at excessive speeds. At one point, the Dodge Charger approached an FBI vehicle head on, forcing the agent behind the wheel to drive out of the way to avoid a collision.

18. Agents followed the Dodge Charger as it returned to the Arrellaga Address and observed a male exit and run towards the side/back of the residence and enter through a back door. The female passenger of the Dodge Charger also fled but was

detained outside the residence.  The female passenger was later identified as F.F.

19.   Agents waited outside the residence, where the Dodge Charger was located, when individuals who self-identify as a "rapid response network" arrived and began filming the agents and their vehicles, shouting "la migra" (Spanish for "immigrant," and used collectively to call out ICE/immigration enforcement activity in an area).

20.   At approximately 6:35 a.m., agents knocked on the door to the Arrellaga Address and called for "Alfredo" to come outside, but there was no answer.  Due to the increasing number of protestors, agents departed the area at approximately 6:45 a.m.

21.   Agents re-established surveillance in the vicinity of Arrellaga Address at approximately 10:00 a.m., looking for the Dodge Charger.  At approximately 12:00 p.m., agents observed a white Honda Accord with CA license plate 9NVG760, arrive and park in front of the residence.  Several Hispanic males exited the vehicle and entered the residence.  The vehicle is registered to L. SANDOVAL at an address in Goleta, CA.

C.   **Female Passenger Identified L. SANDOVAL**

22.   Following her detainment and processing for immigration removal on December 10, 2025, F.F. was interviewed by agents at the ERO Camarillo office.  At first F.F. was hesitant to provide information on the driver of the Dodge Charger, but later stated that her husband, L. SANDOVAL, was the one driving the Dodge Charger on December 9 and 10.  F.F.

advised Agents that A. SANDOVAL, L. SANDOVAL's cousin, had returned to Mexico and left behind the Dodge Charger for L. SANDOVAL to use. F.F. indicated that on both December 9 and 10, she was in the front passenger seat when encountered by agents.

23. F.F. stated that on December 9, 2025, L. SANDOVAL and F.F. left their residence in the Dodge Charger and immigration officers attempted to stop the vehicle. F.F. knew it was immigration because the immigration officers turned on their lights and the officers exited their vehicle. F.F. and L. SANDOVAL fled in their vehicle, circled around their neighborhood, then stopped in front of their home, and hurried inside.

24. F.F. then described that on December 10, 2025, immigration officers attempted to stop their vehicle in the same location as the day before. F.F. and L. SANDOVAL again fled in their vehicle, circled their neighborhood, and stopped in front of their home. L. SANDOVAL made it inside the home, but F.F. was apprehended by the immigration officers. F.F. did not recall their car striking a government vehicle.

25. Information from F.F.'s interview was conveyed to agents who were maintaining physical surveillance in the vicinity of the Arrellaga Address. Using a CA driver's license photograph, agents identified an individual believed to be L. SANDOVAL outside the residence at approximately 5:00 p.m., smoking a cigarette and washing a grey Honda of unknown model, with CA license plate 6WMX716.

## V. CONCLUSION

26. For the reasons described above, there is probable cause to believe that L. SANDOVAL committed a violation of 18 U.S.C. § 111(b) – Assault on a Federal Officer Using a Deadly or Dangerous Weapon.

_____/s/_____
Dominic Ambrosio, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 11th day of December 2025.

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE