UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  25-MJ-7733-DUTY                                              Date: January 8, 2026

Present: The Honorable: CHARLES F. EICK, MAGISTRATE JUDGE

Interpreter

| BEA MARTINEZ | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| LINO SANCHEZ SANDOVAL | | | | | | | |

**Proceedings:  (IN CHAMBERS)**

　　The Magistrate Judge has read and considered all papers filed in support of and in opposition to the "Motion to Dismiss Complaint Without Prejudice, etc.," filed January 6, 2026.  The Motion is granted.  See Fed. R. Crim. P. 48(a); United States v. Hayden, 860 F.2d 1483, 1487-89 (9th Cir. 1988).  The Complaint is dismissed without prejudice, and bond, if any, is exonerated.

　　This ruling is without prejudice to Defendant's right to challenge, on the grounds argued in Defendant's "Opposition, etc.," filed January 6, 2026, or otherwise, any re-institution of the now-dismissed charge.

cc:  All Counsel of Record

                                                                                                                :
                                                                    Initials of Deputy Clerk  bm